BANQUE DE SALONIQUE, Respondent, v. LEON FELDMANN et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements, without prejudice to a motion to consolidate with all actions between the parties. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD MOLLOY, Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD MORGAN MACKENNA, Appellant.— Order unanimously affirmed, No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

In the Matter of ARISTON REALTY CORP., Respondent. FREDERICK E. BINZEN, Doing Business as F. W. BINZEN & Co. et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

In the Matter of JOHN J. DURIS, as President of the United Electrical, Radio and Machine Workers of America, Local 441, et al., Appellants, Directing PHELPS DODGE COPPER PRODUCTS CORPORATION, Respondent, to Proceed with Arbitration.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of FREDERICK CROTON, an Infant, by JOHN CROTON, His Guardian, Respondent, against CITY OF NEW YORK, Appellant.— Order reversed, with $20 costs and disbursements to the appellant, and the motion denied. (See *Matter of Martin.v. School Bd.* [*Long Beach*], 301 N. Y. 233, and *Matter of Moore* v. *City of New York*, 302 N. Y. 563.) Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.; Shientag, J., dissents and votes to affirm.

In the Matter of the Probate of the Will of RUTH G. VISCHER, Deceased. ROBERT G. BOTSFORD et al., Respondents; PETER VISCHER, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [Order denied dismissal of proceeding, etc.]

In the Matter of the Probate of the Will of RUTH G. VISCHER, Deceased, ROBERT G. BOTSFORD et al., Respondents; PETER VISCHER, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.; Callahan, J., concurs in the following memorandum: I concur for affirmance. I construe the words "*pendente lite*" as used in the order appealed from to mean pending the entry of a decree admitting to probate the will dated April 13, 1949, or denying such relief. [Order granted temporary injunction.]